IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES ERNEST DUFF, II                                                    PLAINTIFF

            v.                 Civil No. 4:16-CV-04095

CORPORAL GRIFFIE, NURSE S. KING,
LT. GOLDEN ADAMS, ACTING WARDEN
MOORE, and SHERIFF RON STOVALL                                DEFENDANTS


JAMES ERNEST DUFF, II                                                    PLAINTIFF

V.                      Civil No. 4:16-CV-04104

NURSE S. KING, ACTING WARDEN M. MOORE,
SHERIFF RON STOVALL, LT. GOLDEN ADAMS,
GRIEVANCE COORDINATOR A. LANDRETH                       DEFENDANTS

## O R D E R

Plaintiff James Ernest Duff, II,  proceeds *pro se* in these actions pursuant to 42 U.S.C. §

1983.  Plaintiff is currently incarcerated in the Miller County Correctional Facility in Texarkana,

Arkansas.

Upon review of the files in the above captioned matters, I find that these actions involve

common questions of law and fact and, for such reason, these matters should be and hereby are

consolidated for pretrial and trial pursuant to the provisions of Federal Rule of Civil Procedure 42.

Accordingly, the Clerk is **DIRECTED** to file a copy of this Order in each case listed above.

In the future, case number Civil No. 4:16-CV-04095 shall be considered the lead case and all

pleadings will be docketed to that case.  The Clerk is also **DIRECTED** to add to the lead case

number Civil No. 4:16-CV-04095 to Civil No. 4:16-CV-04104, and add  any Defendants named  in

case Civil No. 4:16-CV-04104 who were not previously listed in the lead case  as Defendants in case

4:16-CV-04095.

**The Plaintiff is directed to include both case numbers on all future pleadings sent for filing.**

**IT IS SO ORDERED** this 3rd day of November 2016.

/s/ Barry A. Bryant_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE