IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES ERNEST DUFF, II                                                                    PLAINTIFF

v.                    Civil No. 4:16-CV-04095 and 4:16-cv-04104

CORPORAL GRIFFIE, NURSE S. KING,                                                    DEFENDANTS
LIEUTENANT GOLDEN ADAMS,
ACTING WARDEN MOORE, SHERIFF
RON STOVALL, GRIEVANCE
COORDINATOR A. LANDRETH

## JUDGMENT

Pursuant to the reasons set forth in the Order entered in this case of even date, Defendants' Motions for Summary Judgment (ECF Nos. 38, 42) should be and hereby are **GRANTED**. Accordingly, Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of March, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

1